**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 00-6236**

───────────────

JOHNNY CRAWFORD ROBERTS,

                              Plaintiff - Appellant,

        versus

JOHN H. BAKER, JR.,

                              Defendant - Appellee.

───────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Fox, District Judge.
(CA-99-769-5-F)

───────────────

Submitted:  May 11, 2000                Decided:  May 16, 2000

───────────────

Before MURNAGHAN, LUTTIG, and TRAXLER, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Johnny Crawford Roberts, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Johnny Crawford Roberts appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Roberts' motion for appointment of counsel and affirm on the reasoning of the district court. See Roberts v. Baker, No. CA-99-769-5-F (E.D.N.C. Jan. 5, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED